UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-22655-CIV-MORENO**
**07-20745-CR-MORENO**

LOHANA MELISSA MALDONADO DIAZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER DISMISSING MOVANT'S MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 9)** on **July 6, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 9)** on **July 6, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

Plaintiff's Motion to Vacate is DISMISSED as time-barred. Alternatively, assuming Plaintiff's case was not time barred, the Court dismisses Plaintiff's Motion to Vacate on the merits.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of July, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record